**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-01378-WJM

MACK THOMAS,

      Applicant,

v.

RAE TIMME, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, within thirty (30) days from the date of this order, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Thomas*, Boulder County District Court Case No. 85CR736**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

      (1)    Clerk of the Court
               Boulder County District Court
               1777 Sixth Street

Boulder, Colorado 80302; and

(2)    Court Services Manager
State Court Administrator's Office
1300 Broadway
Denver, Colorado  80203.

DATED this 22nd day of July, 2013.

BY THE COURT:

William J. Martinez
United States District Judge